# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRIS PURCELL,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 17-3523** |
| | : | |
| **GILEAD SCIENCES, INC.** | : | |

## ORDER

**AND NOW**, this 15th day of November 2019, upon considering the Relators' Motion for an order unsealing the original complaint and second amended complaint, but sealing the amended complaint, or in the alternative, permitting Relators to submit a redacted copy of the amended Complaint (ECF Doc. No. 28), the United States' response to our October 8 and October 29, 2019 Orders asking us to seal its four motions for extension of the seal and investigatory period (ECF Doc. No. 29), and for reasons in the accompanying Memorandum, it is **ORDERED** the Relators' Motion (ECF Doc. No. 28) and the United States' request to seal its four motions for an extension (ECF Doc. No. 29) are **GRANTED in part and DENIED in part**:

1. We **GRANT in part** Relators' Motion (ECF Doc. No. 28) only to continue the seal on the amended complaint conditioned upon the filing of a "Notice under the Court's November 15, 2019 Order" on or before **November 22, 2019** attaching the amended complaint but redacting the names of the seventeen physicians and references to their specific names (but not paragraphs including them) but we retain the right to lift the seal on the amended complaint if an identified physician otherwise becomes part of the judicial record through adjudication of the second amended complaint including to show bias in testimony; and,

2. We **DENY in part** the United States' request (ECF Doc. No. 29) we continue the seal on the entirety of its four motions for extension of the seal and investigatory period, but will

allow the United States to redact only the following portions of ECF Doc. Nos. 4, 6, 14, 16: the first and second full paragraphs on page 5 of ECF Doc. No. 4; the first and second full paragraphs of page 4 of ECF Doc. No. 6; the second full paragraph on page 5 of ECF Doc. No. 14; and the second, third, and fourth paragraphs in subsection B, pages 4 and 5 of ECF Doc. No. 16. The redacted portions shall remain under seal until December 31, 2021, unless the United States shows good cause on or before December 17, 2021 as to why this information concerning its investigation in this industry continues to be imbued with a need for confidentiality.

_____
**KEARNEY, J.**